```
Paul S. Padda, Esq. (NV Bar #10417)
Email: ppadda@caplawyers.com
COHEN & PADDA, PLLC
4240 West Flamingo Road, Suite 220
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940
Web: caplawyers.com
```

Attorney for the Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **DAVID DRUMMOND,**<br><br>               **Plaintiff,**<br><br>       vs.<br><br>**DREAMDEALERS USA, LLC,**<br>**a domestic limited liability company,**<br><br>               **Defendant.**<br>_____ | Case No. 2:15-cv-0005-RFB-NJK |

### STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff hereby stipulates to voluntary dismissal (with prejudice) of this civil action.  The parties to this stipulation further agree that each respective party shall bear its own attorney's fees and costs with respect to this litigation.  The parties respectfully request that the Court approve this stipulation.

|  | Respectfully submitted, |
|---|---|
| /s/ *Ismail Amin*<br>_____<br>Ismail Amin, Esq.<br>THE AMIN LAW GROUP<br>Las Vegas, Nevada<br><br>Dated:  June 15, 2015<br><br>Attorney for Defendant | /s/ *Paul S. Padda*<br>_____<br>Paul S. Padda, Esq.<br>COHEN & PADDA<br>Las Vegas, Nevada<br><br>Dated: June 15, 2015<br><br>Attorney for Plaintiff |

**IT IS SO ORDERED:**

**The Court hereby approves the stipulation of voluntary dismissal filed in this matter by Plaintiff. This matter, *David Drummond v. Dreamdealers, USA, LLC*, 2:15-cv-0005-RFB-NJK, is hereby dismissed (with prejudice) with each party to bear its own costs and attorney's fees.**

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED: 7/1/15

CERTIFICATE OF SERVICE

In compliance with the Court's Local Rules, the undersigned hereby certifies that on June 15, 2015, a copy of the foregoing document, "STIPULATION OF VOLUNTARY DISMISSAL" was served (via the Court's CM/ECF system) upon all counsel of record in this matter.

/s/ *Paul S. Padda*
_____
Paul S. Padda, Esq.

2